UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN DE MARTINI,**<br><br>        Plaintiff,<br><br>    vs.<br><br>**DEBORAH SONNTAG, ET AL.,**<br><br>        Defendants. | CASE NO. 19-cv-07173-YGR<br><br>**ORDER SETTING ASIDE DEFAULT; DENYING APPLICATION FOR DEFAULT JUDGMENT WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 30, 32 |

On April 27, 2020, after the Clerk of the Court entered default as to defendant Deborah Sonntag (Dkt. No. 24), plaintiff Steven De Martini filed a request for entry of a judgment by default. (Dkt. No. 30.) Therein, De Martini argued that default judgment was appropriate because Sonntag had not appeared or otherwise defended in this action. On May 11, 2020, Sontagg filed a motion to set aside entry of default. (Dkt. No. 32.) De Martini opposes the motion.

Federal Rule of Civil Procedure 55(c) provides that entry of default may be set aside "for good cause." The Court finds good cause exists here. Although the parties dispute the extent to which Sontagg was aware of the consequences of her failure to diligently litigate this case, Sontagg's attorney proffers a declaration that plausibly explains at least some of the delay. Sontagg's misunderstanding combined with hardships arising out of the COVID-19 pandemic suffice to establish excusable neglect. Further, the Court is not persuaded that the short delay caused by Sontagg's actions was prejudicial. The Court is particularly reluctant to enter judgment where the parties are set to participate in a settlement conference on August 25, 2020.

For the foregoing reasons, De Martini's request for entry of default judgment is **DENIED** and Sontagg's motion to set aside entry of default is **GRANTED**. Further, the Court denies De Martini's request for fees and costs as a result of the setting aside of default. Sontagg shall file an answer within **fourteen days (14)** of the date of this Order. No motion is allowed.

This Order terminates Docket Numbers 30 and 32.

**IT IS SO ORDERED.**

Dated: June 30, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**